IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIONEL HARVEY, | Civil No. CV-04-5112-CI |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will further consider the evidence from the Department of Veterans Affairs, Dr. Schore's opinion, Nurse Jackson's opinion, and the medical evidence as a whole.  The ALJ will also reconsider Plaintiff's subjective testimony.  The ALJ will formulate a new residual functional capacity finding based on the evidence as a whole.  The ALJ will perform a new step four and if necessary, step five, analysis.  Plaintiff may present new arguments and

evidence. The ALJ may perform further development and conduct further proceedings as necessary. Upon proper presentation, the Court will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act.

DATED this 19th day of September, 2005.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104
Phone: (206) 615-3749
Fax: (206)615-2531
jamala.edwards@ssa.gov